**EXHIBIT 9**

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop S2-14-26
Baltimore, Maryland   21244-1850



**Disabled and Elderly Health Programs Group**

November 6, 2018

Diane Bass, Technical Contact
Mallinckrodt LLC
675 McDonnell Blvd
Hazelwood, MO 63042

Dear Ms. Bass:

On April 13, 2016 and March 20, 2017 CMS informed Mallinckrodt LLC that it was reporting incorrect base Average Manufacturer Price (base AMP) information and an incorrect FDA application number in the Drug Data Reporting for Medicaid (DDR) system.  This is a notice that Mallinckrodt LLC has not taken action to date to correct this information and must do so within 30 days of receiving this notice and notify CMS of its action, otherwise CMS will identify the following national drug code (NDC) as "out of compliance" in the DDR system as of December 17, 2018.  When an NDC is identified as out of compliance, the submission of pricing records or updates to product data will not be allowed online or via file transfer.  The NDC will remain out of compliance until Mallinckrodt LLC takes the necessary steps to bring the NDC's product information into compliance.  CMS may also consider referring Mallinckrodt LLC to the Department of Justice and/or the Office of the Inspector General of the U.S. Department of Health and Human Services (HHS-OIG), as appropriate.

The NDC is as follows:

63004-8710     H.P. Acthar Gel

We have enclosed a template for you to complete and return to rxdrugpolicy@cms.hhs.gov so that we can enter the corrected base AMP information, FDA approval date, and market date into DDR.  Once we have done so, we will notify you that the corrected information is awaiting Mallinckrodt's certification.  The FDA application number may be corrected in DDR by Mallinckrodt LLC without CMS assistance.  Once Mallinckrodt certifies the corrected information, states will receive notification on the subsequent rebate file, in the form of prior period adjustments, which indicate that the Unit Rebate Amount (URA) has changed for the drug.  Mallinckrodt will be responsible for adjusting previous payments to the states using the Prior Quarter Adjustment Statement (PQAS) in accordance with the URA changes.  We believe that such changes would be applicable for every quarter for which the base date AMP should have been established based on a market date of 9/30/1990 and not 1/7/2013.

Please review your records and contact CMS at rxdrugpolicy@cms.hhs.gov if you have any questions regarding this email.

                                           Sincerely,

                                                  /s/

                                        John M. Coster, PhD, RPh
                                        Director, Division of Pharmacy

cc: Kathy Schaefer, Legal Contact