**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MALLINCKRODT ARD LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. _____ |
| SEEMA VERMA,<br>in her official capacity as<br>ADMINISTRATOR, CENTERS FOR<br>MEDICARE & MEDICAID SERVICES, | ) |
| and | ) |
| ALEX M. AZAR II,<br>in his official capacity as SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, | ) |
| *Defendants*. | ) |

**LOCAL CIVIL RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Mallinckrodt ARD LLC certifies that the following are the parent companies, subsidiaries, affiliates, or companies owning at least 10% of the stock of Mallinckrodt ARD LLC which have any outstanding securities in the hands of the public:

Mallinckrodt ARD LLC is an indirectly wholly-owned subsidiary of Mallinckrodt plc.

Mallinckrodt plc is a public limited liability company organized under the laws of Ireland and headquartered in Staines-upon-Thames, United Kingdom.  Its shares are publicly traded on the New York Stock Exchange.  Mallinckrodt plc has no parent corporation.  As disclosed in Mallinckrodt plc's 2019 Proxy Statement filed with the U.S. Securities and Exchange

Commission on April 3, 2019, as of March 11, 2019 each of Black Rock, Inc. and JPMorgan Chase & Co. owns 10% or more of Mallinckrodt plc's stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ Catherine E. Stetson
Catherine E. Stetson (D.C. Bar No. 453221)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Phone:  (202) 637-5491
Fax: (202) 637-5910
cate.stetson@hoganlovells.com

*Counsel for Mallinckrodt ARD LLC*

Dated:  May 20, 2019