**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MALLINCKRODT ARD LLC., <br><br> Plaintiffs, <br><br> v. <br><br> SEEMA VERMA, in her official capacity as ADMINISTRATOR, CENTERS FOR MEDICARE & MEDICAID SERVICES, and ALEX M. AZAR II, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | Civil Docket No. 1:19-cv-1471-ABJ |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Urgent Motion to Extend Schedule, and for good cause shown, it is hereby **ORDERED** that Defendants' motion is **GRANTED**. The following deadlines shall apply:

    a. June 28, 2019: Defendants transmit the Administrative Record;

    b. July 5, 2019: Defendants file an opposition to Plaintiff's motion for a preliminary injunction combined with their cross-motion for summary judgment;

    c. July 15, 2019: Plaintiff files an opposition to Defendants' cross-motion for summary judgment combined with its reply in support of its preliminary injunction;

1

      d.   July 24, 2019: Defendants file a reply in support of their cross-motion for summary judgment.

The Court will hold oral argument on the above-referenced motions on _____, 2019.

**SO ORDERED**.

_____                            _____
Date                                                                 AMY BERMAN JACKSON
                                                                           United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER**

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

Catherine Emily Stetson
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
phone: (202) 637-5491
fax: (202) 637-5910
email: Cate.Stetson@hoganlovells.com

Kyle Mitchell Druding
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
phone: (202) 637-6842
fax: (202) 637-5910
email: Kyle.Druding@hoganlovells.com

Susan Margaret COok
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
phone: (202) 637-686684
fax: (202) 637-5910
email: Susan.Cook@hoganlovells.com

Kevin Snell
Federal Programs Branch, Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington DC 20530
phone: (202) 305-0924
fax: (202) 616-8460
email: Kevin.Snell@usdoj.gov