# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALLINCKRODT ARD LLC.,<br><br>Plaintiffs,<br><br>v.<br><br>SEEMA VERMA, in her official capacity as ADMINISTRATOR, CENTERS FOR MEDICARE & MEDICAID SERVICES, and ALEX M. AZAR II, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Civil Docket No. 1:19-cv-1471-ABJ |

## NOTICE OF FILING A CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD

Pursuant to Local Rule 7(n)(1) and the Court's June 7, 2019 Order, attached hereto is a certified list of the contents of the Administrative Record in this case. A copy of the administrative record itself will be served on counsel for Plaintiff.

Dated: June 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Special Counsel, Federal Programs Branch

/s/ *Kevin Snell*
KEVIN SNELL
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 305-0924

1

Fax:  (202) 616-8460
Email:  Kevin.Snell@usdoj.gov

*Counsel for Defendants*