# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MALLINCKRODT ARD LLC.,

Plaintiffs,

v.

SEEMA VERMA, in her official capacity as ADMINISTRATOR, CENTERS FOR MEDICARE & MEDICAID SERVICES, and ALEX M. AZAR II, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendants.

Civil Docket No. 1:19-cv-1471-ABJ

## CERTIFICATION

I, John M. Coster, Director, Division of Pharmacy, Centers for Medicare & Medicaid Services, Department of Health and Human Services, certify that these documents constitute true and accurate copies of the documents the agency considered in issuing its May 10, 2019, letter to Kathleen A. Schaefer, Senior Vice President and Corporate Controller at Mallinckrodt Pharmaceuticals.

Date: 6/27/19

John M. Coster

## ADMINISTRATIVE RECORD INDEX

| Document | Pages |
|---|---|
| May 10, 2019, email from John M. Coster to Kathleen A. Schaefer | 0001–0003 |
| April 29, 2019, email from Arathi Almli to Mark Casey | 0004–0005 |
| April 25, 2019, email from Mark Casey to Arathi Almli | 0006 |
| April 24, 2019, email from Arathi Almli to Mark Casey | 0007 |
| April 12, 2019, email from Mark Casey to Christopher Traylor | 0008–0010 |
| March 27, 2019, email from Robert Charrow to Mark Casey | 0011 |
| March 12, 2019, email from CMS to Kathy A. Schaefer | 0012–0014 |
| March 11, 2019, email from Alice Valder Curran to John M. Coster | 0015–0016 |
| March 6, 2019, email from Alice Valder Curran to John M. Coster | 0017–0042 |
| February 27, 2019, email from Kathy A. Schaefer to John M. Coster | 0043–0089 |
| December 4, 2018, CMS Meeting Request Form | 0090–0091 |
| November 30, 2018, email from Ruth Blatt to William Sarraille | 0092–0095 |
| November 12, 2018, email from Diane Bass to John M. Coster | 0096–0104 |
| November 6, 2018, email from CMS to Diane Bass | 0105–0109 |
| November 6, 2018, email from CMS to Diane Bass | 0110–0113 |
| April 14, 2017, email from Kay Forshee to CMS | 0114–0118 |
| February 8, 2017, email from Deborah G. Weston to CMS | 0119–0132 |
| June 2, 2016, email from CMS to Kay Forshee | 0133–0138 |
| May 10, 2016, email from Kay Forshee to CMS | 0139–0149 |
| April 13, 2016, email from CMS to Kay Forshee | 0150–0153 |
| December 14, 2015, email from FDA to Ruth Blatt | 0154–0156 |
| November 25, 2015, email from Susan B. Daugherty to John M. Coster | 0157–0158 |
| October 27, 2015, email from FDA to Ruth Blatt | 0159–0160 |
| December 17, 2013, email from CMS to Margaret Scott | 0161–0162 |

| | |
|---|---|
| December 13, 2013, email from Margaret Scott to CMS | 0163 |
| September 5, 2013, email from Kirsten Fereday to Ruth Blatt | 0164–0166 |
| May 28, 2013, email from Ruth Blatt to Kirsten Fereday | 0167–0168 |
| September 19, 2012, letter from Cindy Mann to Michael Mulroy | 0169 |
| September 6, 2012, email from Diane Schulman to CMS | 0170–0616 |
| August 6, 2012, letter from Cindy Mann to Michael Mulroy | 0617–0618 |
| May 8, 2012, letter from Michael Mulroy to Cindy Mann | 0619–0625 |
| March 29, 2012, PowerPoint Presentation | 0626–0646 |
| February 22, 2012, email from Alice Valder Curran to Larry L. Reed | 0647–0648 |
| H.P. Acthar Gel product label dated March 2019 | 0649–0664 |
| H.P. Acthar Gel product label dated October 2010 | 0665–0687 |
| March 24, 2015, FDA Approval Letter | 0688–0690 |
| November 17, 2011, letter from Gayatri R. Rao, M.D., J.D. to Questcor Pharmaceuticals | 0691–0693 |
| May 3, 2011, letter from Sian Bigora, Vice President, Regulatory Affairs, Questcor Pharmaceuticals, Inc. to Russell Katz, M.D. | 0694–0701 |
| October 15, 2010, FDA Approval Letter | 0702–0707 |
| August 8, 2008, email from Steven Halladay to Susan B. Daugherty | 0708–0709 |
| May 21, 2003, Letter from FDA to Matthias C. Kurth, MD, PhD | 0710–0712 |
| Orange Book Entry for NDA 008372 | 0713–0716 |
| Orange Book Search Results for NDA 022432 | 0717 |
| Page from 2011 Orange Book listing for Corticotropin | 0718 |
| Drugs@FDA entry for NDA 008372 | 0719–0727 |
| Drugs@FDA entry for 022432 | 0728–0733 |
| NDA 22-432 FDA Summary Review | 0734–0748 |
| NDA 22-432 FDA Medical Review(s) | 0749–0822 |

NDA 22-432 FDA Administrative and Correspondence Documents.................... 0823–0897

FDA Guidance for Industry................................................................................ 0898–0907

Manufacturer Release No. 91............................................................................ 0908–0914

Manufacturer Release No. 90............................................................................ 0915–0916

Manufacturer Release No. 48............................................................................ 0917–0921

Manufacturer Release No. 38............................................................................ 0922–0927

Manufacturer Release No. 26............................................................................ 0928–0935

NDA Classification Manual............................................................................... 0936–0945

Medicaid Drug Rebate Data Guide for Labelers............................................... 0946–1019

2018 Signed National Drug Rebate Agreement for Mallinckrodt, labeler code 00406................................................................................................................. 1020–1030

2018 Signed National Drug Rebate Agreement for Mallinckrodt, labeler code 23635................................................................................................................. 1031–1041

1991 Signed National Drug Rebate Agreement for Questcor, labeler code 63004................................................................................................................. 1042–1055

1991 Signed National Drug Rebate Agreement for Mallinckrodt, labeler code 00406................................................................................................................. 1056–1069

1991 Signed National Drug Rebate Agreement for Mallinckrodt, labeler code 23635................................................................................................................. 1070–1082

Drug Data Reporting for Medicaid System Entries for H.P. Acthar Gel............... 1083–1092