IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALLINCKRODT ARD LLC., <br><br> Plaintiffs, <br><br> v. <br><br> SEEMA VERMA, in her official capacity as ADMINISTRATOR, CENTERS FOR MEDICARE & MEDICAID SERVICES, and ALEX M. AZAR II, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | Civil Docket No. 1:19-cv-1471-ABJ |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Seema Verma, in her official capacity as Administrator, Centers for Medicare & Medicaid Services, and Alex M. Azar II, in his official capacity as Secretary, United States Department of Health and Human Services, hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7(h) on all claims brought against them. The grounds for Defendants' motion are set forth in the statement of points and authorities that Defendants filed under seal on July 5, 2019. For the reasons explained in that memorandum, Defendants respectfully request that the Court grant judgment in their favor.

Dated: July 5, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

1

2

JEAN LIN
Special Counsel, Federal Programs Branch

/s/ *Kevin Snell*
KEVIN SNELL
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, D.C. 20005
Telephone:  (202) 305-0924
Fax:  (202) 616-8460
Email:  Kevin.Snell@usdoj.gov

*Counsel for Defendants*