**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MALLINCKRODT ARD LLC.,<br><br>Plaintiffs,<br><br>v.<br><br>SEEMA VERMA, in her official capacity as ADMINISTRATOR, CENTERS FOR MEDICARE & MEDICAID SERVICES, and ALEX M. AZAR II, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Civil Docket No. 1:19-cv-1471-ABJ |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for summary judgment and any response and reply thereto, as well as Plaintiff's motion for a preliminary injunction, Defendants' opposition to that motion, and any reply thereto, it is hereby ORDERED that Defendants' motion for summary judgment is GRANTED and Plaintiff's motion for a preliminary injunction is DENIED. The Court hereby enters judgment in favor of Defendants on all of Plaintiff's claims.

**SO ORDERED**.

_____                    _____
Date                                                                                        AMY BERMAN JACKSON
                                                                                               United States District Judge

1

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER**

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

Catherine Emily Stetson
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
phone: (202) 637-5491
fax: (202) 637-5910
email: Cate.Stetson@hoganlovells.com

Kyle Mitchell Druding
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
phone: (202) 637-6842
fax: (202) 637-5910
email: Kyle.Druding@hoganlovells.com

Susan Margaret Cook
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
phone: (202) 637-686684
fax: (202) 637-5910
email: Susan.Cook@hoganlovells.com

Kevin Snell
Federal Programs Branch, Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington DC 20530
phone: (202) 305-0924
fax: (202) 616-8460
email: Kevin.Snell@usdoj.gov