IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALLINCKRODT ARD LLC, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SEEMA VERMA, ) <br> in her official capacity as ) <br> ADMINISTRATOR, CENTERS FOR ) <br> MEDICARE & MEDICAID SERVICES, ) <br> ) <br> and ) <br> ) <br> ALEX M. AZAR II, ) <br> in his official capacity as SECRETARY, ) <br> UNITED STATES DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES, ) <br> ) <br> *Defendants*. ) <br> ) | Civil Action No. 1:19-cv-1471 <br><br><br><br> **ORAL HEARING REQUESTED** |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7(h), Plaintiff Mallinckrodt ARD LLC respectfully submits this cross-motion for summary judgment on all issues raised in the Complaint.

This lawsuit challenges CMS's decision that Mallinckrodt's drug product Acthar is not eligible for a new base date average manufacturer price (AMP) under the Medicaid drug rebate statute. After correctly concluding that Acthar is eligible for a new base date AMP in 2012, CMS reversed course and decided it is not. Defendants' conduct violates the Medicaid drug rebate statute, 42 U.S.C. § 1396r-8(k)(7)(A)(iv), and the agency's own regulations; it constitutes

arbitrary and capricious conduct under the Administrative Procedure Act; and it violates basic principles of fair notice and retroactivity.

For these reasons and those set forth more fully in the Memorandum attached hereto (as well as the Memorandum filed in support of Plaintiff's Motion for Preliminary Injunction, both of which are incorporated herein by reference), this Court should grant Mallinckrodt's motion for summary judgment, declare CMS's decision that Acthar is not eligible for a new base date AMP unlawful, and bar Defendants and all others in active concert or participation with them (including other federal actors) from suspending Mallinckrodt's participation in the Medicaid Drug Rebate Program and/or taking any further action based on CMS's determination that Acthar is not entitled to a new base date AMP.

A proposed order accompanies this motion.

Respectfully submitted,

/s/ Catherine E. Stetson
Catherine E. Stetson (D.C. Bar No. 453221)
Susan M. Cook (D.C. Bar No. 462978)
Kyle M. Druding (D.C. Bar No. 1044631)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Phone: (202) 637-5491
Fax: (202) 637-5910
cate.stetson@hoganlovells.com

*Counsel for Mallinckrodt ARD LLC*

Dated: July 15, 2019