Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MALLINCKRODT ARD LLC

        Plaintiff

    vs.

SEEMA VERMA, et al

        Defendant

Civil No.      19-1471  (TFH)

Category  D

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __7/22/2019__ from _Judge Amy Berman Jackson_

to _Judge Thomas F. Hogan_ by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:    _Judge Amy Berman Jackson_ & Courtroom Deputy

      _Judge Thomas F. Hogan_ & Courtroom Deputy
Liaison, Calendar and Case Management Committee