UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALLINCKRODT ARD LLC,

    Plaintiff,

 v.

SEEMA VERMA, *et al.*,

    Defendants.

Civil Action No. 19-cv-1471 (TFH)

  Upon consideration of Mallinckrodt's Motion for Preliminary Injunction, the Government's Motion for Summary Judgment, Mallinckrodt's Cross Motion for Summary Judgment, the responses thereto, the Administrative Record, and the entire record in this case, and for the reasons set forth in the Memorandum Opinion that was issued today under seal, it is

  **ORDERED** that Mallinckrodt's Motion for Preliminary Injunction, ECF No. 4, is **DENIED**.  It is

  **FURTHER ORDERED** that the Government's Motion for Summary Judgment, ECF No. 17 is **GRANTED**.  Accordingly, the Clerk of the Court shall enter **JUDGMENT IN FAVOR OF** the defendants.  It is

  **FURTHER ORDERED** that Mallinckrodt's Cross Motion for Summary Judgment, ECF No. 22, is **DENIED**.  It is finally

  **ORDERED** that the parties shall confer and jointly submit a proposed redacted version

of the Memorandum Opinion.  The joint submission shall be filed under seal on or before May 13, 2020, absent the parties' agreement to an earlier date.

**SO ORDERED.**

March 13, 2020

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE

Digitally signed by Thomas F. Hogan
Date: 2020.03.13 15:18:38 -04'00'